**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 122 MM 2014
:
               Respondent       :
:
:
:
                v.            :
:
:
:
DANIEL MACON,              :
:
               Petitioner        :


## ORDER


**PER CURIAM**

    **AND NOW**, this 24th day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc Pro Tunc</u> is **DENIED**.